JS 44  (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government
      Plaintiff

❏ 3  Federal Question
      *(U.S. Government Not a Party)*

❏ 2  U.S. Government
      Defendant

❏ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ❏ 625 Drug Related Seizure | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane  ❏ 365 Personal Injury - | of Property 21 USC 881 | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product  Product Liability | ❏ 690 Other | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability  ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel &  Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander  Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers'  Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability  ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine  Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 345 Marine Product  Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability  **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle  ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle  ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | Protection Act |
| ❏ 190 Other Contract | Product Liability  ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal  Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 850 Securities/Commodities/ |
| ❏ 196 Franchise | Injury  ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | Exchange |
| | ❏ 362 Personal Injury -  Product Liability | ❏ 751 Family and Medical | | ❏ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights  **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 895 Freedom of Information |
| ❏ 220 Foreclosure | ❏ 441 Voting  ❏ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment  ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/  Sentence | | 26 USC 7609 | ❏ 899 Administrative Procedure |
| ❏ 245 Tort Product Liability | Accommodations  ❏ 530 General | | | Act/Review or Appeal of |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities -  ❏ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment  **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of |
| | ❏ 446 Amer. w/Disabilities -  ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | State Statutes |
| | Other  ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education  ❏ 555 Prison Condition | | | |
| | ❏ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1  Original
      Proceeding

❏ 2  Removed from
      State Court

❏ 3  Remanded from
      Appellate Court

❏ 4  Reinstated or
      Reopened

❏ 5  Transferred from
      Another District
      *(specify)*

❏ 6  Multidistrict
      Litigation -
      Transfer

❏ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:**    ❏ Yes    ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  _____    AMOUNT  _____    APPLYING IFP  _____    JUDGE  _____    MAG. JUDGE  _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

KARL FRITZ                                          :
                                                    :    NO. 2:21-3052
v.                                                  :
                                                    :
JENNIFER GREEN, A/K/A JENNIFER                      :
GREENLAND AND MATTHEW GREEN                         :
AND JOHN DOE I AND JOHN DOE II                      :
                                                    :
                                                    :

**CASE MANAGEMENT TRACK DESIGNATION FORM**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                              (  )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
   and Human Services denying plaintiff Social Security Benefits                                      (  )

( c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( X )

(d) Asbestos – Cases involving claims for personal injury or property damage from
   exposure to asbestos.                                                                             (  )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
   commonly referred to as complex and that need special or intense management by
   the court.  (See reverse side of this form for a detailed explanation of special
   management cases.)                                                                                (  )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                   (  )


**July 9, 2021**      */s/ Kelly L. Raymond*          **Attorney for Defendants**
**Date**              **Kelly L. Raymond, Esquire**   **Jennifer Green and Matthew Green**


**  (215) 665-3414  **        **(215) 561-6661**           **raymond@bbs-law.com**
**Telephone**                 **FAX Number**               **E-Mail Address**

UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____     _____     _____
                                                                   *Attorney-at-Law / Pro Se Plaintiff*                    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.      Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify):* _____

*B.      Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____     _____     _____
                                                                   *Attorney-at-Law / Pro Se Plaintiff*                    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

KARL FRITZ                                      :
                                                :
v.                                              :       No. 2:21-3052
                                                :
JENNIFER GREEN, A/K/A JENNIFER                  :
GREENLAND AND MATTHEW                           :
GREEN AND JOHN DOE I AND                        :
JOHN DOE II                                     :
                                                :

**NOTICE OF REMOVAL**

AND NOW, comes the defendants, Jennifer Green (incorrectly designated as Jennifer

Green, a/k/a Jennifer Greenland) and Matthew Green, for the purpose of filing a notice of removal

of this case to the United States District Court for the Eastern District of Pennsylvania, and

respectfully avers as follows:

1.      This is a civil action filed and currently pending in the Court of Common Pleas of

Philadelphia County, Pennsylvania, May Term 2021. No. 001919.

2.      Plaintiff Karl Fritz [hereinafter "Plaintiff"] initiated this action via a Complaint filed

on May 21, 2021. *A true and correct copy of the Complaint is attached hereto as Exhibit A.*

3.      The averments made herein are true and correct with respect to the date and time

upon which suit was commenced, and the date upon which this notice is filed.

4.      Defendants seek to remove this matter to the United States District Court for the

Eastern District of Pennsylvania pursuant to 28 U.S.C. §1446(b).

5.      28 U.S.C. §1446(b) provides that:

*The notice of removal of a civil action or proceeding shall be filed within*
*thirty days after the receipt by the defendant, through service or otherwise,*

*of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.*

6.      As the moving party, Defendant bears the burden of proving jurisdiction is proper in federal court. <u>Russ vs. State Farm Mut. Auto. Ins. Co.,</u> 961 F.Supp. 808, 810 (E.D. Pa. 1997).

7.      In determining whether the jurisdiction amount has been satisfied, the Court must first look at the Complaint. <u>Angus vs. Shiley, Inc.,</u> 989 F.2d 142, 145 (3rd Circ. 1993).

8.      The Complaint alleges that Plaintiff is a resident and citizen of the Commonwealth of Pennsylvania. See *Complaint.*

9.      Plaintiff does not allege any alternative state of residence.

10.      Accordingly, upon information and belief, the Commonwealth of Pennsylvania is the state in which Plaintiff is domiciled and, therefore, the state of which Plaintiff is a citizen for purposes of determining diversity.

11.      Defendants are now, and at the time this action was initiated, residents of the State of New Jersey. See *Complaint.*

12.      Therefore, Defendants are citizens of the State of New Jersey for purposes of determining diversity pursuant to 28 U.S.C. § 1332(c)(1).

13.      The underlying lawsuit arises out of an alleged motor vehicle accident occurring on July 12, 2019. See *Complaint* at ¶ 8.

14.      Plaintiff is claiming personal injuries he alleged he sustained in this motor vehicle accident.

15.      The amount in controversy listed in the Complaint is in excess of $50,000.00.

16.     Plaintiff is claiming serious physical injuries that may be or are of a permanent nature and character. Plaintiff is claiming serious injuries to the neck, shoulder, and back, as well as severe shock to the nerves and nervous system. See *Complaint* at ¶ 10-12.

17.     Given Plaintiff's stated claims, the amount in controversy in this case is in excess of the $75,000 jurisdictional threshold for removal to the federal Court, in accordance with 28 § 1332(a).

18.     Defendants maintain that they have met their burden that diversity jurisdiction is proper, based upon the claims asserted in the complaint and the potential damages claimed outlined therein.

19.     This Notice of Removal was timely filed within 30 days of the effective date of service of the Complaint on Defendant.

20.     Defendants, have simultaneously with the filing of this notice, given written notice to Plaintiff of the same.

21.     Defendants are also filing a copy of the instant notice of removal and all relevant attachments thereto with the Prothonotary of the Court of Common Pleas of Philadelphia County.

WHEREFORE, Defendants hereby remove this suit to this Honorable Court pursuant to the laws of the United States.

**BENNETT, BRICKLIN & SALTZBURG LLC**

**BY:** _____

**KELLY L. RAYMOND, ESQUIRE**
**I.D. No. 206535**
**Centre Square, West Tower**
**1500 Market Street, 32nd Floor**
**Philadelphia, PA 19102**
**(215) 665-3414**
**raymond@bbs-law.com**

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KARL FRITZ | : | |
| | : | |
| v. | : | No. 2:21-3052 |
| | : | |
| JENNIFER GREEN, A/K/A JENNIFER | : | |
| GREENLAND AND MATTHEW | : | |
| GREEN AND JOHN DOE I AND | : | |
| JOHN DOE II | : | |
| | : | |

**NOTICE TO PLAINTIFF**

TO:    Karl Fritz
        c/o Jeffrey M. Rosenbaum, Esquire
        Rosenbaum & Associates, P.C.
        1818 Market Street, Suite 3200
        Philadelphia, PA 19103

Please take notice that defendant, Jennifer Green (incorrectly designated as Jennifer Green, a/k/a Jennifer Greenland) and Matthew Green, by and through their attorneys Bennett, Bricklin & Saltzburg LLC, has filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania regarding an action previously pending in the Court of Common Pleas of Philadelphia County, May Term 2021, No. 001919 captioned Karl Fritz v Jennifer Green (incorrectly designated as Jennifer Green, a/k/a Jennifer Greenland) and Matthew Green and John Doe I and John Doe II

                          **BENNETT, BRICKLIN & SALTZBURG LLC**

**BY:**       _____

                   **Kelly L. Raymond, Esquire**
                   **Attorney for Defendants**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

KARL FRITZ                                    :
                                              :
v.                                            :   No. 2:21-3052
                                              :
JENNIFER GREEN, A/K/A JENNIFER                :
GREENLAND AND MATTHEW                         :
GREEN AND JOHN DOE I AND                      :
JOHN DOE II                                   :
                                              :

## PROOF OF FILING

Kelly L. Raymond, Esquire, being duly sworn according to law, deposes and says that she

is a member of the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendants Jennifer

Green and Matthew Green, and that she did direct the filing with the Prothonotary of Philadelphia

County a copy of the Notice of Removal attached hereto, said filing to be made on June 29, 2021

by electronic filing.

Jeffrey M. Rosenbaum, Esquire
Rosenbaum & Associates, P.C.
1818 Market Street, Suite 3200
Philadelphia, PA 19103

Dated: July 8, 2021          **BENNETT, BRICKLIN & SALTZBURG LLC**

                        **BY:** _____

                             **KELLY L. RAYMOND, ESQUIRE**
                             **Attorney for Defendants**

## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

KARL FRITZ                                  :
                                            :
v.                                          :   No. 2:21-3052
                                            :
JENNIFER GREEN, A/K/A JENNIFER              :
GREENLAND AND MATTHEW                       :
GREEN AND JOHN DOE I AND                    :
JOHN DOE II                                 :
                                            :

## PROOF OF SERVICE

Kelly L. Raymond, Esquire, after being first duly sworn upon oath, deposes and says that she is a member of the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendants Jennifer Green and Matthew Green, that she did serve this 29th day of June 2021, the aforementioned Notice to plaintiff upon the individual named below by electronic mail to:

Jeffrey M. Rosenbaum, Esquire
Rosenbaum & Associates, P.C.
1818 Market Street, Suite 3200
Philadelphia, PA 19103

Dated: July 8, 2021          **BENNETT, BRICKLIN & SALTZBURG LLC**

                      **BY:** _____
                             **KELLY L. RAYMOND, ESQUIRE**
                             **Attorney for Defendants**

# Exhibit A

| Court of Common Pleas of Philadelphia County Trial Division | For Prothonotary Use Only (Docket Number) |
|---|---|
| **Civil Cover Sheet** | MAY 2021                    001919  E-Filing Number: 2105039772 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| KARL FRITZ | JENNIFER GREEN, ALIAS: JENNIFER GREENLAND |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1349 EAST COLUMBIA AVENUE PHILADELPHIA PA 19125 | 215 EAST HADDON AVENUE OAKLYN NJ 08107 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | MATTHEW GREEN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 215 EAST HADDON AVENUE OAKLYN NJ 08107 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | JOHN DOE I, ALIAS: (FICTITIOUS NAME) |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 215 EAST HADDON AVENUE OAKLYN NJ 08107 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 4 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[X] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2V - MOTOR VEHICLE ACCIDENT |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
|  |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED PRO PROTHY MAY 21 2021 S. RICE | IS CASE SUBJECT TO COORDINATION ORDER?   YES   NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: KARL FRITZ

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JEFFREY M. ROSENBAUM | 1818 MARKET STREET SUITE 3200 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215) 569-0200 | (215) 569-6099 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 51719 | filings@rosenbaumfirm.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *JEFFREY ROSENBAUM* | Friday, May 21, 2021, 10:35 am |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. JENNIFER GREEN
     ALIAS: JENNIFER GREENLAND
     215 EAST HADDON AVENUE
     OAKLYN NJ 08107
2. MATTHEW GREEN
     215 EAST HADDON AVENUE
     OAKLYN NJ 08107
3. JOHN DOE I
     ALIAS: (FICTITIOUS NAME)
     215 EAST HADDON AVENUE
     OAKLYN NJ 08107
4. JOHN DOE II
     ALIAS: (FICTITIOUS NAME)
     215 EAST HADDON AVENUE
     OAKLYN NJ 08107

ROSENBAUM & ASSOCIATES, P.C.
By: JEFFREY M. ROSENBAUM, ESQ. – ID #51719
1818 Market Street, Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR NON-JURY  Filed and Attested by the
Hearing on Assessment Office of Judicial Records
of Damages is Required  21 May 2021 10:35 am
S. RICE

Attorney for Plaintiff

| | |
|---|---|
| KARL FRITZ<br>1349 East Columbia Avenue<br>Philadelphia, PA 19125 | : PHILADELPHIA COUNTY<br>: COURT OF COMMON PLEAS<br>:<br>: TERM, 2021 |
| **Plaintiff** | : |
| vs. | :<br>: NO. |
| JENNIFER GREEN a/k/a JENNIFER GREENLAND:<br>215 East Haddon Avenue<br>Oaklyn, NJ 08107 | : |
| and | : |
| MATTHEW GREEN<br>215 East Haddon Avenue<br>Oaklyn, NJ 08107 | : |
| and | : |
| JOHN DOE I (FICTITIOUS NAME) | : |
| and | : |
| JOHN DOE II (FICTITIOUS NAME) | : |
| **Defendants** | : |

## 2V- Motor Vehicle Accident-Complaint in Civil Action

NOTICE

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL & INFORMATION SERVICE, Philadelphia Bar Assn.
1101 Market Street, 11ᵗʰ Floor
Philadelphia, Pennsylvania 19107, Phone:(215) 238-6333

AVISO

LE HAN DEMANDADO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINAS SIGUIENTES, USTED TIENE VIENTE (20) DIAS DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICACION. HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN PERSONA O CON UN ABOGADO Y ENTREGAR A LA CORE EN FORMA ESCRITA SUS DEFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU PERSONA. SEA AVISADO

Case ID: 210501916

QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION. ADEMAS, LA CORTE PUEDE DECIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED. LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA E INFORMACION LEGAL

LAWYER REFERRAL & INFORMATION SERVICE, Philadelphia Bar Assn.

1101 Market Street, 11th Floor

Philadelphia, Pennsylvania 19107, Phone:(215) 238-6333

ROSENBAUM & ASSOCIATES. P.C.
By: JEFFREY M. ROSENBAUM. ESQ. – ID #51719
1818 Market Street. Suite 3200
Philadelphia. PA19103
(215) 569-0200

MAJOR NON-JURY
Hearing on Assessment
of Damages is Required

Attorney for Plaintiff

---

| | |
|---|---|
| KARL FRITZ<br>1349 East Columbia Avenue<br>Philadelphia, PA  19125<br><br>Plaintiff<br><br>vs.<br><br>JENNIFER GREEN a/k/a JENNIFER GREENLAND:<br>215 East Haddon Avenue<br>Oaklyn. NJ  08107<br><br>and<br><br>MATTHEW GREEN<br>215 East Haddon Avenue<br>Oaklyn. NJ  08107<br><br>and<br><br>JOHN DOE I (FICTITIOUS NAME)<br><br>and<br><br>JOHN DOE II (FICTITIOUS NAME)<br><br>Defendants | : PHILADELPHIA COUNTY<br>: COURT OF COMMON PLEAS<br>:<br>: TERM, 2021<br>:<br>:<br>: NO.<br>:<br>: |

## 2V- Motor Vehicle Accident-Complaint in Civil Action

1. The plaintiff, Karl Fritz, is an adult individual and resident of the Commonwealth of Pennsylvania, residing at the above address.

2. The defendant, Jennifer Green a/k/a Jennifer Greenland, is an adult individual and a resident of the State of New Jersey, and at all times relevant hereto was the owner and operator of one of the vehicles involved herein.

3. The defendant. Matthew Green. is an adult individual and a resident of the State of New Jersey, and at all times relevant hereto was the owner of one of the vehicles involved herein.

4. The defendant. John Doe I (fictitious name) is an individual, corporation and/or other entity whose identity, after reasonable investigation, is currently unknown, but at all times relevant hereto was the owner and/or driver of one of the motor vehicles involved herein.

5. The defendant. John Doe II (fictitious name) is an individual, corporation and/or other entity whose identity, after reasonable investigation, is currently unknown, but at all times relevant hereto was the employer of a driver of one of the motor vehicles involved herein.

6. At all times relevant hereto, the defendants were acting through their agents, servants and/or employees within the course and scope of their employment, and the doctrine of Respondeat Superior is invoked herein.

7. At all times relevant hereto, all defendants were acting as the agents, servants, workmen and/or employees of all other named defendants.

8. On or about the 12th day of July, 2019, at or about 12:35 p.m., the defendant. Jennifer Green a/k/a Jennifer Greenland, was operating a vehicle on Green Street at or near its intersection with 7th Street, Philadelphia. Pennsylvania, when said motor vehicle was so carelessly and negligently operated that the vehicle collided with the vehicle operated by plaintiff, a result of which caused plaintiff to sustain severe and serious injuries as more fully set forth hereinafter.

9. Plaintiff avers that the aforesaid collision was caused by the negligence of defendants, Jennifer Green a/k/a Jennifer Greenland, Matthew Green, John Doe I (fictitious name) and John Doe II (fictitious name), as aforesaid, as follows:

   a. Operating said motor vehicle at an excessive rate of speed under the circumstances;

   b. Failing to operate said motor vehicle with due regard for the rights, safety, points and position of the motor vehicle occupied by the plaintiff;

   c. Failing to avoid said collision;

   d. Disregarding a traffic control device;

   e. Failing to keep a proper lookout for other motor vehicles;

   f. Negligently striking the plaintiff's vehicle;

   g. Failing to maintain defendant's vehicle in an operable/safe condition;

   h. Negligently using a distracting electronic device, including but not limited to talking and/or texting on a cell phone; and,

   i. Failing to heed existing traffic patterns.

10. Solely because of the negligence of the defendants acting as aforesaid, the plaintiff was caused to sustain serious physical injury in and about the person, including but not limited to plaintiff's neck, shoulder and back, as well as a severe shock to the nerves and nervous system and was or may have been otherwise injured, whereby plaintiff has suffered and may continue to suffer in the future.

11. Plaintiff may have sustained other injuries and pre-existing conditions may have been aggravated.

12. Plaintiff avers that some or all of the injuries sustained may be or are of a permanent nature and character.

13. As a further result of the aforesaid accident, plaintiff has been unable in the past, and is likely to continue to be unable in the future, to attend to plaintiff's usual duties, activities, vocations and avocations, all to plaintiff's great financial loss and detriment.

14. As a further result of the aforesaid accident and resultant injuries, plaintiff has expended and is in the future likely to expend substantial sums of monies for the care, treatment and attempted cure of plaintiff's injuries, all to plaintiff's great financial loss and detriment.

15. As a further result of the aforesaid accident and resultant injuries, plaintiff has been caused to undergo in the past and is likely to undergo in the future, severe pain, suffering, inconvenience and embarrassment, all to plaintiff's great financial loss and detriment.

16. Plaintiff is entitled to full tort benefits in this matter, or in the alternative, no tort limitations limit plaintiff's claim in any way.

*WHEREFORE,* plaintiff, Karl Fritz, demands judgment against the defendants, Jennifer Green a/k/a Jennifer Greenland, Matthew Green, John Doe I (fictitious name) and John Doe II (fictitious name), in a sum in excess of the arbitration limits and in excess of the Federal Court jurisdictional limits for cases based on diversity jurisdiction.

ROSENBAUM AND ASSOCIATES, P.C.

By: _____

JEFFREY M. ROSENBAUM, ESQ.
Attorney for Plaintiff

DATE:

Case ID: 210501919

## VERIFICATION

Jeffrey M. Rosenbaum, Esquire, states that he is the attorney for the Plaintiffs herein, that he is acquainted with the facts set forth in the foregoing Complaint in Civil Action and that the same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

_____

JEFFREY M. ROSENBAUM, ESQ.

Date: